Waldon Michael Hingle
Michael Hingle and Associates, Inc.
220 Gause Blvd., Suite 200
Slidell, Louisiana 70459
Phone: (985-641-6800
E-Mail: servewmh@hinglelaw.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699<br>District Judge: Charles R. Breyer |
| YVONNE DAVIS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>            Plaintiff,<br>VS.<br>PFIZER, INC.<br>            Defendant. | Case No. 06-03811<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiff, **YVONNE DAVIS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**, by and through the undersigned attorney(s), pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby seeks dismissal of this action *with prejudice* with each side bearing its own attorneys' fees and costs.

Dated: Sept. 21, 2009

BY: _____
Lead Attorney for Plaintiff, Yvonne Davis,
Individually and on behalf of all others similarly situated
W. MICHAEL HINGLE (BAR NO. 06943)
Ronald J. Favre
Bryan Aguust Pfleeger

John Bishop Noble
Paul Hesse
MICHAEL HINGLE AND ASSOCIATES
**220 Gause Blvd., Suite 200
Slidell, Louisiana   70459
Phone: (985-641-6800
E-Mail: servewmh@hinglelaw.com
Attorney for Plaintiff**

Dated: March 11, 2010                BY: _/s/_____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212)335-4500
Fax: 212-335-4501
*DEFENDANTS' LIAISON COUNSEL*


**PURSUANT TO THE TERMS SET FORTH IN THIS PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 5, 2010                 _____
                                      Hon. Charles R. Breyer,
                                      United States District Court